UNITED STATES of America, Plaintiff—Counter–Defendant—Appellee,

v.

Beverly J. ROMERO–HILL, individually and doing business as Superior Claims Management; et al., Defendant—Counter–claimant—Third–Party–Plaintiffs—Appellants,

v.

Patricia Blancarte; et al., Third–Party–Defendants—Appellees.

No. 06–15338.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 7, 2006.*

Decided Aug. 11, 2006.

Curtis C. Pett, Esq., Stephen J. Schaeffer, Esq., US Department of Justice, Washington, DC, for Plaintiff—Counter–Defendant—Appellee and Third–Party–Defendants—Appellees.

Beverly J., Mesa, AZ, pro se.

Darrell J. Hill, Mesa, AZ, pro se.

Before: SCHROEDER, Chief Judge, REINHARDT and HAWKINS, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

The Clerk shall file appellants' motion to reinstate the appeal, received on July 31, 2006. The motion to reinstate the appeal is granted.

A review of the record and appellants' response to the court's June 9, 2006 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**